An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

ZACHARY COUGHLIN,
Appellant,
vs.
MATTHEW MERLISS,
Respondent.

ZACHARY COUGHLIN,
Appellant,
vs.
MATTHEW MERLISS,
Respondent.

No. 60331 ✓

No. 61383

**FILED**

APR 2 4 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

*ORDER*

These cases were both initially docketed in this court without payment of the requisite filing fees. Docket No. 60331 was docketed on February 29, 2012, and Docket No. 61383 was docketed on July 31, 2012. On September 6, 2012, the filing fee was paid in Docket No. 60331. Docket No. 61383 was dismissed on November 7, 2012, for failure to pay the filing fee.

The notice of appeal in Docket No. 60331 referred to District Court Case No. CV11-01896,[1] but when it was transmitted by the district court to this court, it was designated as being an appeal from an order in District Court Case No. CV11-03628. The latter case number is the case at issue in Docket No. 61383. Docket No. 60331 was erroneously docketed, and is hereby administratively closed in favor of Docket No. 61383. The

_____

[1]This court notes that there is currently an appeal pending in this court which is associated with that district court case number. *Coughlin v. Washoe Legal Services*, Docket No. 60302.

SUPREME COURT
OF
NEVADA

(O) 1947A

13-11976

clerk of this court shall transfer all documents filed in Docket No. 60331 to Docket No. 61383.

Further, the filing fee paid in Docket No. 60331 shall be applied to Docket No. 61383. Accordingly, appellant's motion for reconsideration in Docket No. 61383 is granted and that appeal is reinstated.

It is so ORDERED.

_Pickering_____, C.J.

cc:    Hon. Patrick Flanagan, District Judge
Zachary B. Coughlin
Richard G. Hill, Chartered
Washoe District Court Clerk